**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SELVIN JEOVANY CRUZ, ET AL.** | * |
| | * |
|     **PLAINTIFFS,** | * |
| | * |
|     v. | *    Case: 15-0221 -BAH |
| | * |
| **CENTER POINT NINE, INC., ET AL.** | * |
| | * |
|     **DEFENDANTS.** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Selvin Jeovany Cruz and Jose Marquez Hernandez, and Defendants, Centerpoint Nine, Inc., Nuthinpan Tantiuejakul, and Boonrod Yotmanee, through counsel and pursuant to Federal Rule 41 (a)(1)(A)(ii), hereby file this Stipulation of Dismissal of Plaintiffs' claims against Defendants, with prejudice, and with all parties to bear their own fees and costs.

Respectfully Submitted,

_____/s_____
Michael K. Amster (Bar No. 1001110)
Zipin, Amster & Greenberg, LLC
836 Bonifant St.
Silver Spring, MD 20815
mamster@zagfirm.com
Telephone: 301-587-9373
Fax: 301-587-9373

*Counsel for Plaintiffs*

\_\_\_/s/ Nat N. Polito_____
Nat N. Polito, Esquire #453365
LAW OFFICES OF NAT N. POLITO, PC
1776 K Street, NW, Suite 200
Washington, D.C. 20006
(202) 463-0110 (telephone)

(202) 463-0116 (facsimile)
nat@politolaw.net

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14 day of September, 2015, a true and correct copy of the foregoing Stipulation of Dismissal, was served on Defendants' counsel via the U.S. Electronic Case Filing (ECF) system.

                                        Nat N. Polito, Esquire #453365
                                        LAW OFFICES OF NAT N. POLITO, PC
                                        1776 K Street, NW, Suite 200
                                        Washington, D.C. 20006
                                        (202) 463-0110 (telephone)
                                        (202) 463-0116 (facsimile)
                                        nat@politolaw.net

                                        *Counsel for Defendants*

                                        _____-*S*-_____
                                        Michael K. Amster